## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Byberry Services and Solutions LLC, JA Fitness 1,
LLC, and JA Fitness 2, LLC,

Plaintiffs,

v.

Mt. Hawley Insurance Company,

Defendant.

Case No.  20-cv-03379
Judge Mary M. Rowland

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐  in favor of plaintiff(s)
   and against defendant(s)
   in the amount of $          ,

   which  ☐ includes          pre–judgment interest.
          ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒  in favor of defendant Mt. Hawley Insurance Company
   and against plaintiffs Byberry Services and Solutions LLC, JA Fitness 1, LLC, and JA Fitness 2,
LLC.
Defendant shall recover costs from plaintiffs.

☐  other:

This action was *(check one)*:

☐ tried by a jury with Judge Mary M. Rowland presiding, and the jury has rendered a verdict.
☐ tried by Judge Mary M. Rowland without a jury and the above decision was reached.
☒ decided by Judge Mary M. Rowland on a motion to dismiss.

Date:  5/4/2022                          Thomas G. Bruton, Clerk of Court

                                         Dawn A. Moreno, Deputy Clerk